UNITED STATES of America, Appellant, v. Robert GOLDBERG and Frank Goldberg, Appellees.

No. 4608.

Circuit Court of Appeals, Fourth Circuit.

March 22, 1940.

Theron L. Caudle, U. S. Atty., of Asheville, N. C., W. M. Nicholson, Asst. U. S. Atty., of Lincolnton, N. C., and W. R. Francis, Asst. U. S. Atty., of Asheville, N. C., for appellant.

R. G. Cherry and George B. Mason, both of Gastonia, N. C., for appellees.

PER CURIAM.

Case entered dismissed under Rule 23 in accordance with agreement of counsel.

UNITED STATES of America, Appellant, v. George D. HARLOW, H. N. Beck, E. J. Burke, W. T. Stuart and C. S. Reams, Appellees.

No. 4548.

Circuit Court of Appeals, Fourth Circuit.

Sept. 26, 1939.

Sterling Hutcheson, U. S. Atty., and John V. Cogbill, Asst. U. S. Atty., both of Richmond, Va., for appellant.

M. J. Fulton, of Richmond, Va., for appellees.

PER CURIAM.

Cause docketed on original notice of appeal and entered dismissed under Rule 23 in accordance with agreement of counsel.

UNITED STATES of America, Appellant, v. Joseph M. MATTINGLY, Clerk, Circuit Court, St. Mary's County, Maryland, Appellee.

No. 4501.

Circuit Court of Appeals, Fourth Circuit.

Sept. 18, 1940.

Bernard J. Flynn, U. S. Atty., and G. Randolph Aiken, Asst. U. S. Atty., both of Baltimore, Md., Thomas G. Carney and Thomas L. McKevitt, Jr., Attys., Department of Justice, both of Washington, D. C., for appellant.

William C. Walsh, Atty. Gen., and William L. Henderson, Deputy Atty. Gen., for appellee.

PER CURIAM.

Case dismissed under Rule 23 in accordance with agreement of counsel.